1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KULDEEP SINGH GILL, KASHMIR KAUR, DILBAG SINGH GILL, GURMINDER KAUR GILL, SATWINDER KAUR GILL, | ) ) ) ) ) ) | No. C 06-7190 SC |
|---|---|---|
| Plaintiffs, | ) ) ) | **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| v. | ) ) | |
| U.S. Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID N. STILL, District Director, USCIS San Francisco District Office; GERARD HEINAUER, Director, USCIS Nebraska Service Center, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about November 20, 2006. Defendants' answer is currently due on January 19, 2007.

2. Pursuant to this Court's November 20, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on February 23,

Stipulation for Extension
C 06-7190 SC

1 | 2007, and attend a case management conference on March 2, 2007.

2 |    3. The parties have agreed to give the defendants a 45-day extension of time to file their answer
3 | due to the likelihood that this case may be administratively resolved.

4 |    4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case
5 | management statement, and possibly administratively resolve the case, the parties hereby
6 | respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:     March 5, 2007

Last day to file Joint ADR Certification:     March 16, 2007

Last day to file/serve Joint Case Management Statement:     March 30, 2007

Case Management Conference:     April 20, 2007, at 10:00 a.m.

Date: January 19, 2007     Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/ 
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: January 19, 2007

See Fax Signature
ROBERT B. JOBE
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/22/07



IT IS SO ORDERED
Judge Samuel Conti

Stipulation for Extension
C 06-7190 SC

1 | 2007, and attend a case management conference on March 2, 2007.

2 | 3. The parties have agreed to give the defendants a 45-day extension of time to file their answer due to the likelihood that this case may be administratively resolved.

4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer: March 5, 2007

Last day to file Joint ADR Certification: March 16, 2007

Last day to file/serve Joint Case Management Statement: March 30, 2007

Case Management Conference: April 6, 2007, at 10:00 a.m.

Date: January ___, 2007                 Respectfully submitted,

                                        KEVIN V. RYAN
                                        United States Attorney


                                        _____
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants


Date: January 19, 2007

                                        _____
                                        ROBERT B. JOBE
                                        Attorney for Plaintiff


### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:
                                        _____
                                        SAMUEL CONTI
                                        United States District Judge

Stipulation for Extension
C 06-7190 SC