SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULDEEP SINGH GILL, <br> KASHMIR KAUR, <br> DILBAG SINGH GILL, <br> GURMINDER KAUR GILL, <br> SATWINDER KAUR GILL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Citizenship and Immigration Services; <br> EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; <br> DAVID N. STILL, District Director, USCIS San Francisco District Office; <br> GERARD HEINAUER, Director, USCIS Nebraska Service Center, <br><br> Defendants. | No. C 06-7190 SC <br><br> **SECOND STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff Kuldeep Singh Gill's I-485 has been adjudicated on February 27, 2007.

    2. Plaintiffs' Gurminder Gill and Dilbag Gill are scheduled for an interview with the United States Citizenship and Immigration Services on April 19, 2007.

    3. Plaintiffs' Kashmir Kaur and Satwinder Gill's I-730s are still pending FBI name checks.

Second Stipulation for Extension
C 06-7190 SC

4. Accordingly, in order to allow sufficient time for USCIS to complete the interviews and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | April 25, 2007 |
| Last day to file Joint ADR Certification: | May 4, 2007 |
| Last day to file/serve Joint Case Management Statement: | May 18, 2007 |
| Case Management Conference: | May 25, 2007, at 10:00 a.m. |

Date: March 5, 2007                             Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                                /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: March 5, 2007                             /s/
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    3/6/07

SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*

Second Stipulation for Extension
C 06-7190 SC