1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | KULDEEP SINGH GILL,            )
KASHMIR KAUR,                  )
13 | DILBAG SINGH GILL,             )   No. C 06-7190 SC
GURMINDER KAUR GILL,           )
14 | SATWINDER KAUR GILL,           )
                               )
15 |           Plaintiffs,        )   **THIRD STIPULATION TO EXTEND**
                               )   **DATES; and [PROPOSED] ORDER**
16 |     v.                      )
                               )
17 | U.S. Citizenship and Immigration Services; )
EMILIO T. GONZALEZ, Director, U.S.     )
18 | Citizenship and Immigration Services;  )
DAVID N. STILL, District Director,     )
19 | USCIS San Francisco District Office;   )
GERARD HEINAUER, Director, USCIS       )
20 | Nebraska Service Center,               )
                                       )
21 |           Defendants.                )

22 |

23 |     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

24 | attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:.

25 |     1. Plaintiff Kuldeep Gill filed I-730 petitions on behalf of his family members Kashmir Kaur,

26 | Dilbag Gill, Gurminder Gill and Satwinder Gill.

27 |     2. Plaintiffs' Kashmir Kaur and Satwinder Gill's I-730 petitions have been approved.

28 |     3. Plaintiff Dilbag Gill was interviewed by the United States Citizenship and Immigration

Third Stipulation for Extension
C 06-7190 SC

1 | Services (USCIS) on April 19, 2007, and his name check has cleared.

2 |     4. Plaintiff Gurminder Gill has also been interviewed by USCIS, but USCIS is waiting for
3 | Gurminder Gill's name check to clear.

4 |     5. Accordingly, in order to allow sufficient time for USCIS to complete the processing of
5 | Gurminder Gill's name check and to adjudicate Dilbag Gill's and Gurminder Gill's I-730
6 | petitions, the parties hereby respectfully ask this Court to extend the dates in the Court's
7 | scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | May 25, 2007 |
| Last day to file Joint ADR Certification: | June 8, 2007 |
| Last day to file/serve Joint Case Management Statement: | June 22, 2007 |
| Case Management Conference: | June 29, 2007, at 10:00 a.m. |

Date: April 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: April 25, 2007

ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/1/07



IT IS SO ORDERED
Judge Samuel Conti

Third Stipulation for Extension
C 06-7190 SC