| | |
|---|---|
| 1 | Robert B. Jobe (Cal. State Bar #133089) |
| | LAW OFFICE OF ROBERT B. JOBE |
| 2 | 550 Kearny Street, Ste. 200 |
| | San Francisco, CA 94108 |
| 3 | Tel:   (415) 956-5513 |
| | Fax:  (415) 956-0850 |
| 4 | Email: bob@jobelaw.com |
| 5 | Attorney for Plaintiffs. |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KULDEEP SINGH GILL, ET AL; | ) | No.   C 06-7190 SC |
| | ) | |
| Plaintiffs, | ) | MOTION FOR VOLUNTARY DISMISSAL |
| | ) | AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| U.S. CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Civil Local Rule 7, Plaintiffs, Kuldeep Singh Gill et al., through counsel, request that their mandamus complaint currently pending before the Court be dismissed without prejudice. Subsequent to the filing of this mandamus complaint, the I-730 petitions filed by Mr. Gill on behalf of his wife and children were all approved by Defendants. Therefore, Plaintiffs are no longer alleging that the Defendants are delaying in adjudication of the I-730 petitions.

WHEREFORE, Plaintiffs pray that this Court allow them to voluntarily dismiss their mandamus complaint, without prejudice.

DATED: May 18, 2007

/s/
_____
Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiffs

IT IS SO ORDERED

Judge Samuel Conti

Motion for Voluntary Dismissal and [Proposed] Order